**Copyrights-In-Suit for IP Address 208.102.240.243**

**ISP:** Fuse Internet Access
**Location:** Cincinnati, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 12/29/2013 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 04/14/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 12/28/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/05/2013 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/22/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/27/2013 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 12/05/2013 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/13/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/22/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/03/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 01/13/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/03/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/13/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/18/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/27/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/13/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/13/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/13/2014 |
| Just Watch Part 2 | PENDING | 05/27/2014 | 06/07/2014 | 06/03/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/28/2013 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 12/07/2013 |

EXHIBIT B

SOH61

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/13/2013 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/13/2014 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 12/07/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/28/2013 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/06/2014 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/22/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/29/2013 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/26/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/13/2013 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 04/06/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 03/13/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/19/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/14/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/13/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/11/2013 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/19/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/13/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/13/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/07/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 03/13/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/13/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/03/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/23/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  44**

EXHIBIT B

SOH61